(No. 74-CC-263—Claimant )

GOLABOWSKI-SPINNEY-COADY, ARCHITECTS, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL DEVELOPMENT BOARD, Respondent.

*Opinion filed June 26, 1974.*

GOLABOWSKI-SPINNEY-COADY, ARCHITECTS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.